# EXHIBIT 1

# EXHIBIT 1

| No. | Plaintiff | Exhibit No. |
|---|---|---|
| 1. | Cornelius, Randall M. | 2 |
| 2. | Hammons, Cody A. | 3 |
| 3. | Johnson, Lamont | 4 |
| 4. | Joiner, Robert | 5 |
| 5 | Moye Jr., Ben | 6 |
| 6. | Parson III, Barney | 7 |
| 7. | Simmons, Robe | 8 |
| 8. | Smith, Clayton Robert | 9 |
| 9. | Terrell, Antwan | 10 |

AL - M.D.