UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>              Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>              Respondents. | Case No.<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITION FOR ORDER DIRECTING ARBITRATION TO PROCEED IN THE MANNER PROVIDED FOR IN WRITTEN AGREEMENT FOR ARBITRATION, IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT, PURSUANT TO<br>9 U.S.C. §4<br><br>2:06CV227-DRB |

      In support of its Petition in the above-captioned matter, petitioner Cintas Corporation ("Cintas") respectfully requests, pursuant to Federal Rule of Evidence 201 and the inherent authority of the Court, that the Court take judicial notice of the following from the records of the action pending in the United States District Court for the Northern District of California entitled <u>Veliz et al v. Cintas Corporation etc.</u>, Case No, C-03-01180 (SBA) (N.D.Cal.) (hereinafter "the Northern California Action"):

      1. Order filed September 26, 2005 [Docket No. 500 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 1;

      2. Stipulation - Joint Statement of the Parties in Response to the Court's above-referenced Order [Docket No. 501 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 2;

      3. Transcript excerpts – [portions of Docket No. 512 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 3;

      4. Transcript excerpts – [portions of Docket No. 518 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 4;

5. Order filed February 14, 2006 [Docket No. 516 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 5;

6. Memorandum and Opinion Order filed May 4, 2005 [Docket No. 426 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 6.


Dated: March 10, 2006

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
BALCH & BINGHAM LLP
M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama  35203
Telephone: (205) 251-8100
Facsimile:  (205) 226-8798

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION