# EXHIBIT A

# Exhibit A

| No. | Last Name | First Name | State |
|---|---|---|---|
| 1 | Abdella | Karim | CA |
| 2 | Adams | Earnest Todd | CA |
| 3 | Adder | Thomas | MI |
| 4 | Albion | James W. | CA |
| 5 | Alexander | Tony | NC |
| 6 | Allen | Woody | TN |
| 7 | Alvis | Daniel H. | WV |
| 8 | Ament | W. Keith | TN |
| 9 | Andrade | Robert | AR |
| 10 | Andrzejewski | Robbie J | MI |
| 11 | Ankenbruck | Michael T. | IN |
| 12 | Ashcraft | John D | KY |
| 13 | Ashley | Steve | KY |
| 14 | Atencio Jr. | Claudio | CA |
| 15 | Aubrey | Darren | KY |
| 16 | Audet | Gary | FL |
| 17 | Axelson | Christopher Jon | MI |
| 18 | Azevedo | William | MA |
| 19 | Baldwin | Michael | NC |
| 20 | Ballesteros | Ron | CA |
| 21 | Barefield | James C. | CA |
| 22 | Barnaby | Frank T | TX |
| 23 | Barnard | James Lee | AR |
| 24 | Barnes | Jason | TN |
| 25 | Baskette | Matthew Scott | TN |
| 26 | Bates | Todd | IN |
| 27 | Baugher | Donald W. | PA |
| 28 | Bawahab | Samy | CA |
| 29 | Bedolla | Gabriel | IL |
| 30 | Benjamin | Scott | MI |
| 31 | Bernard | Mark | AR |
| 32 | Berry | Ronald Lynn | TN |
| 33 | Bicocchi | Frank | PA |
| 34 | Biddle | James A. | MI |
| 35 | Bipat | Leon | NY |
| 36 | Blackford | Denise Cecile | NJ |
| 37 | Boehm | Keith | PA |
| 38 | Bohn | Richard | IA |
| 39 | Bond Jr. | Joseph Arthur | |
| 40 | Bonnell | David R | MO |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 41 | Borden | Gary | WA |
| 42 | Boueherd | Christopher Michael | MA |
| 43 | Bourbon | Stephen John | IL |
| 44 | Bowen | Terry | TN |
| 45 | Boyd | Frank | MI |
| 46 | Bradshaw | Doug | MD |
| 47 | Brandis | Dustin | PA |
| 48 | Brannon | Jeffrey | GA |
| 49 | Brauer | David | MI |
| 50 | Bright | Alan | TN |
| 51 | Bronger | Brian C | KY |
| 52 | Brooks | Jason | NV |
| 53 | Brown | Christopher | PA |
| 54 | Brown | Michael | MD |
| 55 | Brown | Rebecca | MD |
| 56 | Brown | Ricardo | MD |
| 57 | Bruening | Robert Odell, Sr. | MI |
| 58 | Brunson | Timothy | TN |
| 59 | Bryan | Shannon | TN |
| 60 | Buckholz | Robert A. | MI |
| 61 | Burns | Daniel P. | MI |
| 62 | Caesar | Frank L. | MI |
| 63 | Calderon | David Michael | CA |
| 64 | Carlisle | Donna | FL |
| 65 | Cervantes Jr. | Asa | TX |
| 66 | Childs | Nathaniel | OH |
| 67 | Christison | Joel A. | CA |
| 68 | Claxton | Joel | GA |
| 69 | Clayton | Michael | WA |
| 70 | Clements II | Herbert | MI |
| 71 | Coffey | William | MI |
| 72 | Cogdell | Don | AR |
| 73 | Conley | Robert A. | GA |
| 74 | Costa | Mark | AR |
| 75 | Crane | James | MI |
| 76 | Crosby | Reginal | AR |
| 77 | Crow | David Alan | AR |
| 78 | Cruz | Rogelio Santa | CA |
| 79 | Cudney | Matthew | CA |
| 80 | Cullen | Daniel | MA |
| 81 | Cummings | Shawn | NJ |
| 82 | Curry | Randy Chris | MI |
| 83 | Curtis | Zack Hayes | TN |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 84 | Czekaj | Roger | NY |
| 85 | Dahringer | Robert | MI |
| 86 | Damewood | Ronald L. | NE |
| 87 | Davik | Alex | IL |
| 88 | Davis | Clinton E. | TN |
| 89 | Davis | Sean | AR |
| 90 | Davis | Todd | TN |
| 91 | Davis, Jr. | Kenneth | MI |
| 92 | Degue | David C. | IN |
| 93 | DeMoss | Samuel D. | MI |
| 94 | Diffie | Kevin Ross | AR |
| 95 | Diggin | Paul | MA |
| 96 | Dolce | Christopher G. | TX |
| 97 | Donegan Jr. | Thomas | TN |
| 98 | Edmisten | Jaydee | TN |
| 99 | Edwards | Joe Thomas | CA |
| 100 | Edwards | Wayne | NJ |
| 101 | Ehredt | Michael | MI |
| 102 | Eib | Larry | MI |
| 103 | Ellisor | Danny R. | SC |
| 104 | Embree | David | MI |
| 105 | English-Madison | Lillian | MI |
| 106 | Erbes | Gail | MI |
| 107 | Eubank | David | GA |
| 108 | Fedor | Dennis | MN |
| 109 | Fewox | Michael | TX |
| 110 | Fisher | Steven | AL |
| 111 | Flesch | Michael A. | OH |
| 112 | Fletcher | Stephen Shane | GA |
| 113 | Flockhart | Craig | MI |
| 114 | Flores | Israel | TX |
| 115 | Foldesi | Joseph F. | MI |
| 116 | Forsythe | Billy | CA |
| 117 | Fortner | Corey | TN |
| 118 | Fox | Franklin | MI |
| 119 | Fox | Steven L. | AR |
| 120 | Fraley | Kevin E. | IL |
| 121 | Franklin | Jessie L. | LA |
| 122 | Frankowski | Thomas S. | MI |
| 123 | Franks | Chris | TN |
| 124 | Frazier | Donald R. | NE |
| 125 | Fudge | Lloyd | MI |
| 126 | Fuehring | Drew | MO |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 127 | Gaddy | Kenneth | WV |
| 128 | Gamble | Brian A. | IN |
| 129 | Garcia | David | CA |
| 130 | Garman | Jim | IN |
| 131 | Gault | Robert | MI |
| 132 | Gawecki | Matthew | CA |
| 133 | Genslak | Frank | MI |
| 134 | Gholston | Erroll | MI |
| 135 | Gilliam Jr. | John | TN |
| 136 | Giordano | Mark Francis | MA |
| 137 | Goree | Douglas | AL |
| 138 | Gotham | Dale Matthew | MI |
| 139 | Gravitt | Jeffrey | TN |
| 140 | Green | Thomas | NE |
| 141 | Gregory | Dennis P. | NE |
| 142 | Guarjardo | Laureano, Sr. | TX |
| 143 | Guidry | Andre | CA |
| 144 | Gurganos | Charles Anthony, Jr. | FL |
| 145 | Guzzardo | Michael John | LA |
| 146 | Hahl | Dennis | OH |
| 147 | Hansel | William | FL |
| 148 | Hanson | Shawn Patrick | TN |
| 149 | Harp | Anthony | AR |
| 150 | Harrell | Charles | VA |
| 151 | Harthorn | Brian | OH |
| 152 | Hartle | Douglas | IN |
| 153 | Hatch | Erick | VA |
| 154 | Haycock | Brandon | NV |
| 155 | Heath | Russell | GA |
| 156 | Hebling | Mark | AR |
| 157 | Heemsoth | Jim | IN |
| 158 | Heilen | Richard | TX |
| 159 | Hendrick | Robert | TN |
| 160 | Hergenroedez | Alfred | MI |
| 161 | Herriman | James Lee | MI |
| 162 | Hingst | Brian D. | TN |
| 163 | Hinson | Ronald L. | TX |
| 164 | Hischeke | John | MO |
| 165 | Hoff | Lawrence | MI |
| 166 | Holloway | Clarence | IL |
| 167 | Holmes | Anthony | MI |
| 168 | Holmes | Bruce | TN |
| 169 | Hooper | Christopher | MI |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 170 | Hopper | Anthony | AR |
| 171 | Hord | Upshaw (Sonny) | CA |
| 172 | Howard | Gregory N | TN |
| 173 | Huber | Richard | MI |
| 174 | Huertas, Jr. | Wilfredo | NJ |
| 175 | Hunroe | Dominic | MI |
| 176 | Inscoe | Bryan | OH |
| 177 | Ireland | John | MI |
| 178 | Isherwood | Jason A. | DE |
| 179 | Jaffee | Sol | MI |
| 180 | Jaskela | Christopher M. | OH |
| 181 | Jessup | Mitchell | SC |
| 182 | Jeter | David | NY |
| 183 | Jiles | Bruce | MD |
| 184 | Johnson | Jackie | FL |
| 185 | Johnson | James | IL |
| 186 | Johnson | Ramon | TN |
| 187 | Jones | Bobby | MI |
| 188 | Jones | Curtis Allen | IN |
| 189 | Joseph | Arthur | MI |
| 190 | Josey | Christian | GA |
| 191 | Juarez | Morgan | CA |
| 192 | Kamrad | Steven Jay | MI |
| 193 | Kane | Craig | MA |
| 194 | Keeler | Tim | MI |
| 195 | Kellogg Jr. | Ronald | NE |
| 196 | Kemler | James R. | MI |
| 197 | Kilcrease | Phillip Wayne | TN |
| 198 | King | Joseph | WV |
| 199 | Kinman | John Brett | NE |
| 200 | Kivenas | Algie | IL |
| 201 | Kleinfeld | Thomas | TN |
| 202 | Klinghagen | Shawn | MN |
| 203 | Klocek | Steven | IL |
| 204 | Knudsen | Dennis F. | NE |
| 205 | Kraemer, Jr. | Donald E. | MI |
| 206 | Kramer | Robert | PA |
| 207 | Kraska | John | MI |
| 208 | Kuethe | Nathan | MO |
| 209 | Kuhl | Ervin J. | NE |
| 210 | Kushner | Paul | WV |
| 211 | La Drig | James M., Jr. | MI |
| 212 | LaPlant Sr. | John W. | IL |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 213 | Laucella | Michael | AZ |
| 214 | Lauvrak | Bruce | WA |
| 215 | Lay | Sherry | MI |
| 216 | Lee | Jeffery Darren | LA |
| 217 | Lee | Theodis | TX |
| 218 | Leggio | Vincent | MI |
| 219 | Lehr | Lyle | MI |
| 220 | Lennox | Michael | CA |
| 221 | Lepe | Salvador | CA |
| 222 | Lester Jr. | Ewell Farley | VA |
| 223 | Lewis | Christopher | TN |
| 224 | Liberatore | Rodney | AR |
| 225 | Lickliter | Matt | GA |
| 226 | Lightfoot | James | MI |
| 227 | Lineberger | Howard | TN |
| 228 | Linn | Matthew Robert | MI |
| 229 | Lipps | James E. | MI |
| 230 | Liss | John J. | IL |
| 231 | Lloyd | Noel | MI |
| 232 | Lombardo (Ferrari) | Kathleen | CA |
| 233 | Long | Richard | NY |
| 234 | Long | Russell | SC |
| 235 | Look Jr. | Howard | AZ |
| 236 | Lugo | Edgar A. II | CA |
| 237 | Luke | Kenneth | MI |
| 238 | Ly | Doug Nghiep | CA |
| 239 | Lyons | Billy | AR |
| 240 | Lyons | Kennith | WV |
| 241 | MacHala | Gregory W. | MI |
| 242 | Maddox | Raymond G. | TN |
| 243 | Magdaleno | Luis M. | CA |
| 244 | Martinez | John | CA |
| 245 | Martinez Jr. | Tony | TX |
| 246 | Massey | Richard Dean | TN |
| 247 | Matthews | Zachary | CA |
| 248 | Maxfield | Darold Lynn | AR |
| 249 | May | Lamar | AL |
| 250 | Maye | Stanler | TN |
| 251 | Mayton | Jeffrey Scott | NC |
| 252 | McAdams | Robert H. | TN |
| 253 | McAnally III | Garland | AR |
| 254 | McArdle | Chris Conlon | CA |
| 255 | McCoy | Jason O | AR |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 256 | McLeod | Terry L. | MN |
| 257 | McMaster | Michael Patrick | PA |
| 258 | McNail | Michael | MO |
| 259 | Medina | Jose | CA |
| 260 | Mendoza | Martin | NV |
| 261 | Meyer | John F. | IA |
| 262 | Michelfelder | Lawrence | NJ |
| 263 | Micho | Wilfred | MI |
| 264 | Millari | Paul Viray | CA |
| 265 | Miller | Randy | IN |
| 266 | Milligan | John | MI |
| 267 | Minnick | Linn | IN |
| 268 | Molette | James Robert | MI |
| 269 | Molo | Ron | CA |
| 270 | Monahan | Timothy | MA |
| 271 | Montgomery | Matthew | TN |
| 272 | Moore | David | CA |
| 273 | Mullis | Steven Michael | TN |
| 274 | Murray | Francis P. | MN |
| 275 | Murray | Lind | WV |
| 276 | Nall | Eric Dean | TN |
| 277 | Newvine | Gary T. | MI |
| 278 | Nichols | Douglas Todd | TN |
| 279 | Nichols | Jason | MI |
| 280 | Nijem | Hisham | CA |
| 281 | Nowak | Jared | IN |
| 282 | Ogle | Jesse | FL |
| 283 | Olinger | Travis | TN |
| 284 | Ordonez | Macbeth | CA |
| 285 | Orgill | Thomas | CA |
| 286 | Osborne | James | AR |
| 287 | Ott | Brandi | MI |
| 288 | Ott | Christopher | MI |
| 289 | Overstreet | Brandon | VA |
| 290 | Owens | John | AR |
| 291 | Pajares | Cesar | GA |
| 292 | Palacio | Armando | CA |
| 293 | Parent | Ronald D. | CA |
| 294 | Parenteau Sr. | Mark N. | MI |
| 295 | Parker | Brent | CA |
| 296 | Pawlowski | Dennis | MI |
| 297 | Pearson | Eric G. | MA |
| 298 | Pegues | Reginald Alan | TN |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 299 | Peninger | Donald | NC |
| 300 | Pennington | Seth A. | AR |
| 301 | Pepper | Barney | TN |
| 302 | Perez | Miguel | CA |
| 303 | Perez | Ricardo | FL |
| 304 | Peske | Timothy E. | AR |
| 305 | Peters | Darrell | AR |
| 306 | Peterson | Daniel Craig | MN |
| 307 | Pettit | Duffy | IN |
| 308 | Phillips | Stanley | IN |
| 309 | Pianowski | John | MA |
| 310 | Pilcher | Scott | CA |
| 311 | Plascencia | Jose | IL |
| 312 | Pongchit | Sai | MD |
| 313 | Prosser | Eric | MI |
| 314 | Pullaro | Alan Michael | FL |
| 315 | Pynchon | Mark T. | CA |
| 316 | Rahn | Douglas Robert | MI |
| 317 | Rainey | Gregory Todd | GA |
| 318 | Ramirez | Victor | CA |
| 319 | Raymond | Jeffrey | NE |
| 320 | Reaves | Keith | TN |
| 321 | Reynolds Jr. | Anthony | CA |
| 322 | Rios | Mark | CA |
| 323 | Rishavy | Raymond Richard | MN |
| 324 | Roam | Kevin | AR |
| 325 | Robertson | Sandra | TN |
| 326 | Robinson | John H. | WV |
| 327 | Robinson | Matt Robert | WV |
| 328 | Robinson | Michael Dewayne | MI |
| 329 | Rodriguez | Gilbert | CA |
| 330 | Rogers | Joel | NM |
| 331 | Romes, Jr. | Freddie | AR |
| 332 | Rowse | Mark D | DE |
| 333 | Runyan | Warren | CA |
| 334 | Rushford | Thomas E. | MI |
| 335 | Samuels | Derek/Derrick | NJ |
| 336 | Sanbento | Michael | MA |
| 337 | Santana | Joshua | MO |
| 338 | Santos | Michael Delos | CA |
| 339 | Sauceda | Reynaldo | TX |
| 340 | Schieber | Michael | IN |
| 341 | Schneider | Michael | NE |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 342 | Schultz | Dennis | MI |
| 343 | Schultz | Leslie | NE |
| 344 | Schwall | Jeffrey | MI |
| 345 | Schwall | Jonathan D. | MI |
| 346 | Scott | Derrick | NY |
| 347 | Scott-Outlaw | Carla | MD |
| 348 | Seath | Scott | MI |
| 349 | Serna | Rene | CA |
| 350 | Serrano | Lorenzo J. | TX |
| 351 | Sharp | Stephen | MI |
| 352 | Sherlund | James | MI |
| 353 | Sherman | Marvin S. | LA |
| 354 | Shimada | Jon | CA |
| 355 | Shrake | Randal | MI |
| 356 | Shropshire | Jerome | MS |
| 357 | Siewert | Gregory | IL |
| 358 | Sims | Scott A. | IN |
| 359 | Smith | Daniel C. | MI |
| 360 | Smith | James Alexander | MI |
| 361 | Smith | Kelly | MI |
| 362 | Smith | Ronald Lynne | MI |
| 363 | Smith Jr. | Roger | GA |
| 364 | Smulka | John M. | MI |
| 365 | Sorbicki | Richard C. | PA |
| 366 | Soria | Moses | CA |
| 367 | Sperota | Mark Anthony | NY |
| 368 | Spillner | Robert Eugene | IN |
| 369 | Stachnik | Leonard Joseph | MI |
| 370 | Stacy | Jerry W. | MI |
| 371 | Staton Jr. | Raymond | VA |
| 372 | Stemen | Jimmie Lynn | MI |
| 373 | Stoneman | John | MD |
| 374 | Sullivan | John | MI |
| 375 | Tarango | Jose | CA |
| 376 | Taylor | Dennis | KY |
| 377 | Taylor | William | MI |
| 378 | Teague | Michael | IN |
| 379 | Terrell | Johnny | TX |
| 380 | Tessier | Bruce | MI |
| 381 | Thomas | Dwight | MI |
| 382 | Thompson | Allen | CA |
| 383 | Thompson | Ezra | GA |
| 384 | Thrash | William Gregory | MO |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 385 | Tovar | Nicholas Luz | IA |
| 386 | Towne | Don Thomas | MI |
| 387 | Trapen | John | LA |
| 388 | Trevathan | Jerry W. | MI |
| 389 | Trinidad | Brett | TX |
| 390 | Tubergen | Jack | MI |
| 391 | Tully | Patrick | MI |
| 392 | Urdiales | Ryan | CA |
| 393 | Vaca | Rene | CA |
| 394 | Vasquez | Antonio | MA |
| 395 | Veitch | Luke Andrew | IL |
| 396 | Velazquez | Pedro | CA |
| 397 | Villarreal Jr. | Osvlado | CA |
| 398 | Vinson | Steven David | MD |
| 399 | Viramontes | Jesus Fernando | CA |
| 400 | Vowell | Dal K. | TN |
| 401 | Wagner | Randy | MI |
| 402 | Wait | Christine | MO |
| 403 | Walker | James | IN |
| 404 | Walker Jr. | John D | IN |
| 405 | Wallace | Steven P. | TN |
| 406 | Walsh | Paul | TN |
| 407 | Washington | A.J. | TX |
| 408 | Washkuhn | Eric | NE |
| 409 | Watkins | Randy | TN |
| 410 | Watson | Gene Carroll | NC |
| 411 | Watwood | Victor | TN |
| 412 | Weisflock | John B. | OH |
| 413 | Welch | Steven | TN |
| 414 | Wendt Jr. | Jesse Lee | MD |
| 415 | Wheatfill Jr. | Edward | CA |
| 416 | Wheeler-Robinson | Deborah | IL |
| 417 | White | James W. | AR |
| 418 | White | Kevin | TN |
| 419 | Whitlock | Leslie | KY |
| 420 | Whitlow | Corey | MI |
| 421 | Whitman | Brian | MO |
| 422 | Whitted | Richard | CA |
| 423 | Wiant | Gary Lynn | WV |
| 424 | Williams | Gary | CA |
| 425 | Williams | Ronald J. | MD |
| 426 | Williams | Russell | SC |
| 427 | Williams | Sidney | NE |

| No. | Last Name | First Name | State |
|---|---|---|---|
| 428 | Williams Jr. | Johnnie L. | GA |
| 429 | Wilson | Carl Darren | AR |
| 430 | Wilson | Richard | AL |
| 431 | Wilson | Robert J. | MI |
| 432 | Wilson | Roland | MO |
| 433 | Wittersheim | Timothy | MI |
| 434 | Wojciechowski | Mark | TN |
| 435 | Wooten | Robert (Scott) | AR |
| 436 | Worful | Scott | OH |
| 437 | Wright | Gary Dewayne | TN |
| 438 | Wulff | James | OH |
| 439 | Yates | Kenneth Lynn | TN |
| 440 | Young | Matthew | AR |
| 441 | Young | Roger C. | MI |
| 442 | Yount | Terry | AR |
| 443 | Zoankowshi | Matthew | PA |
| 444 | Zobrist | Scott Dean | MO |