# EXHIBIT B

## Exhibit B

## Key to Agreement Versions

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 96A | Employment Agreement for Sales, Service and Marketing Personnel Based in States Other Than Ohio, California, Georgia and Texas [Policy #C-105, 12/96, Agreement #6] | 2 |
| 96B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia or Texas [Policy #C-105, 12/96, Agreement #7] | 3 |
| 96C | Employment Agreement For Ohio-Based Sales, Service and Marketing Personnel [Policy #C-105, 12/96, Agreement #5] | 4 |
| 96D | Employment Agreement For, Officers, Executives, General/Branch Managers, Professionals and Key Managers [Policy #C-105, 12/96, Agreement #1] | 5 |
| 96E | Employment Agreement For Other Employees [Policy #C-105, 12/96, Agreement #8] | 6 |
| 96F | Employment Agreement For Plant and Officer Managers, Supervisors and Engineers Based in States Other Than Ohio, California, Georgia and Texas [Policy #C-105, 12/96, Agreement #3] | 7 |
| FAS-A | Employment Agreement For Sales, Service and Marketing Personnel Employed at a Facility Formerly Operated By First Aid Plus, Inc.  [2/97-C] | 8 |
| FAS-B | Employment Agreement For First Aid and Safety Division Sales and Sales Service Representatives Based in States Other Than Ohio, California, Georgia And Texas [3/98, Agreement #6 FAS] | 9 |
| FAS-C | Employment Agreement For First Aid and Safety Division Sales, Service and Marketing Personnel Based in States Other Than Ohio, California, Georgia and Texas [11/98, Agreement #6 FAS] | 10 |
| 99A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 6/99, Agreement #4] | 11 |
| 99B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia or Texas [Corporate Policy #C-105, Exhibit F, 6/99, Agreement #5] | 12 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 99C | Employment Agreement For Other Confidential Employees [Corporate Policy #C-105, Exhibit G, 6/99, Agreement #6] | 13 |
| 99D | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in California, Georgia or Texas [Corporate Policy #C-105, Exhibit D, 6/99, Agreement #3] | 14 |
| 99E | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Georgia or Texas [Corporate Policy #C-105, Exhibit C, 6/99, Agreement #2] | 15 |
| 00A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 10/00, Agreement #4] | 16 |
| 01A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, Revised August 16, 2001, Agreement #4] | 17 |
| 01B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Georgia and Texas [Corporate Policy #C-105, Exhibit F, Revised August 16, 2001, Agreement #5] | 18 |
| 01C | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit C, Revised August 16, 2001, Agreement #2] | 19 |
| Feb-01 | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Georgia and Texas [Corporate Policy #C-105, Exhibit E, 2/01, Agreement #4] | 20 |
| 02A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit E, Revised June 12, 2002, Agreement #5] | 21 |
| 02B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Colorado or Georgia [Corporate Policy #C-105, Exhibit G, Revised June 12, 2002, Agreement #7] | 22 |
| 02C | Employment Agreement For Personnel Based in Texas [Corporate Policy #C-105, Exhibit F, Revised June 12, 2002, Agreement #6] | 23 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 02D | Employment Agreement For Personnel Based in Louisiana [Corporate Policy #C-105, Exhibit H, Revised June 12, 2002, Agreement #8] | 24 |
| 02F | Employment Agreement For Personnel Based in Oklahoma [Corporate Policy #C-105, Exhibit J, Revised June 12, 2002, Agreement #10] | 25 |
| 02G | Employment Agreement For Other Confidential Employees Carlos T. Mendoza, Dated September 5, 2003 [Corporate Policy #C-105, Exhibit K, Revised May 15, 2003, Agreement #11] | 26 |
| 02H | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit B, Revised June 12, 2002, Agreement #2] | 27 |
| 03A | Employment Agreement For Sales, Service and Marketing Personnel Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit E, Revised May 15, 2003, Agreement #5] | 28 |
| 03B | Employment Agreement For Sales, Service and Marketing Personnel Based in California, Colorado or Georgia [Corporate Policy #C-105, Exhibit G, Revised May 15, 2003, Agreement #7] | 29 |
| 03C | Employment Agreement For Personnel Based in Texas [Corporate Policy #C-105, Exhibit F, Revised June 12, 2002, Agreement #6] | 30 |
| 03D | Employment Agreement For Personnel Based in Louisiana [Corporate Policy #C-105, Exhibit H, Revised May 15, 2003, Agreement #8] | 31 |
| 03H | Employment Agreement For Other Confidential Employees [Corporate Policy #C-105, Exhibit K, Revised May 15, 2003, Agreement #11] | 32 |
| 03I | Employment Agreement For Plant Managers, Office Managers, Supervisors and Engineers Based in States Other Than California, Colorado, Georgia, Louisiana, Nebraska, Oklahoma and Texas [Corporate Policy #C-105, Exhibit B, Revised May 15, 2003, Agreement #2] | 33 |
| 03TX – Plant Managers Agreement | Employment Agreement For Texas Employment Agreement for Plant Managers, Office Managers, Supervisors and Engineers [Corporate Policy #C-105, Exhibit B-TX, Agreement #2, Revised December 23, 2003] | 34 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 03AL –Conf. | Employment Agreement For Alabama Employment Agreement for Confidential Employees [Corporate Policy #C-105, Exhibit D-AL, Agreement #4, Revised December 23, 2003] | 35 |
| 03CA – Conf. | Employment Agreement For California Employment Agreement for Confidential Employees [Corporate Policy #C-105, Exhibit D-CA, Agreement #4, Revised December 23, 2003] | 36 |
| 03LA – Conf. | Employment Agreement For Louisiana Employment Agreement For Confidential Employees [Corporate Policy #C-105, Exhibit D-LA, Agreement #4, Revised December 23, 2003] | 37 |
| 03AL | Employment Agreement For Alabama Employment Agreement For Sales, Service and Marketing Personnel Employees [Corporate Policy #C-105, Exhibit C-AL, Agreement #3, Revised December 23, 2003] | 38 |
| 03AZ | Employment Agreement For Arizona Employment Agreement For Sales, Service and Marketing Personnel Employees [Corporate Policy #C-105, Exhibit C-AZ, Agreement #3, Revised December 23, 2003] | 39 |
| 03CA | Employment Agreement For California Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CA, Agreement #3, Revised December 23, 2003] | 40 |
| 03CO | Employment Agreement For Colorado Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CO, Agreement #3, Revised December 23, 2003] | 41 |
| 03CT | Employment Agreement For Connecticut Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-CT, Agreement #3, Revised December 23, 2003] | 42 |
| 03DE | Employment Agreement For Delaware Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-DE, Agreement #3, Revised December 23, 2003] | 43 |
| 03FL | Employment Agreement For Florida Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-FL, Agreement #3, Revised December 23, 2003] | 44 |
| 03GA | Employment Agreement For Georgia Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy | 45 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
|  | #C-105, Exhibit C-GA, Agreement #3, Revised December 23, 2003] |  |
| 03ID | Employment Agreement For Idaho Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-ID, Agreement #3, Revised December 23, 2003] | 46 |
| 03IL | Employment Agreement For Illinois Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-IL, Agreement #3, Revised December 23, 2003] | 47 |
| 03IN | Employment Agreement For Indiana Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-IN, Agreement #3, Revised December 23, 2003] | 48 |
| 03KS | Employment Agreement For Kansas Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-KS, Agreement #3, Revised December 23, 2003] | 49 |
| 03KY | Employment Agreement For Kentucky Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-KY, Agreement #3, Revised December 23, 2003] | 50 |
| 03LA | Employment Agreement For Louisiana Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-LA, Agreement #3, Revised December 23, 2003] | 51 |
| 03MD | Employment Agreement For Maryland Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MD, Agreement #3, Revised December 23, 2003] | 52 |
| 03MA | Employment Agreement For Massachusetts Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MA, Agreement #3, Revised December 23, 2003] | 53 |
| 03MI | Employment Agreement For Michigan Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MI, Agreement #3, Revised December 23, 2003] | 54 |
| 03MN | Employment Agreement For Minnesota Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MN, Agreement #3, Revised December 23, 2003] | 55 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| 03MS | Employment Agreement For Mississippi Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MS, Agreement #3, Revised December 23, 2003] | 56 |
| 03MO | Employment Agreement For Missouri Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-MO, Agreement #3, Revised December 23, 2003] | 57 |
| 03NC | Employment Agreement For North Carolina Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NC, Agreement #3, Revised December 23, 2003] | 58 |
| 03NJ | Employment Agreement For New Jersey Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NJ, Agreement #3, Revised December 23, 2003] | 59 |
| 03NV | Employment Agreement For Nevada Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NV, Agreement #3, Revised December 23, 2003] | 60 |
| 03NY | Employment Agreement For New York Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-NY, Agreement #3, Revised December 23, 2003] | 61 |
|  | Employment Agreement For Ohio Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OH, Agreement #3, Revised December 23, 2003] | 62 |
| 03OK | Employment Agreement For Oklahoma Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OK, Agreement #3, Revised December 23, 2003] | 63 |
| 03OR | Employment Agreement For Oregon Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-OR, Agreement #3, Revised December 23, 2003] | 64 |
| 03PA | Employment Agreement For Pennsylvania Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-PA, Agreement #3, Revised December 23, 2003] | 65 |
| 03RI | Employment Agreement For Rhode Island Employment Agreement For Sales, Service and Marketing Personnel | 66 |

| Abbreviation | Description | Declaration of C. Randall (Docket Nos. 438-441 Exhibit No. |
|---|---|---|
| | [Corporate Policy #C-105, Exhibit C-RI, Agreement #3, Revised December 23, 2003] | |
| 03SC | Employment Agreement For South Carolina Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-SC, Agreement #3, Revised December 23, 2003] | 67 |
| 03TX | Employment Agreement For Texas Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-TX, Agreement #3, Revised December 23, 2003] | 68 |
| 03UT | Employment Agreement For Utah Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-UT, Agreement #3, Revised December 23, 2003] | 69 |
| | Employment Agreement For Virginia Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-VA, Agreement #3, Revised December 23, 2003] | 70 |
| | Employment Agreement For Washington Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-WA, Agreement #3, Revised December 23, 2003] | 71 |
| | Employment Agreement For Wisconsin Employment Agreement For Sales, Service and Marketing Personnel [Corporate Policy #C-105, Exhibit C-WI, Agreement #3, Revised December 23, 2003] | 72 |