# EXHIBIT C

## Exhibit C

| No. | Last Name | First Name | State | Agreement Version |
|---|---|---|---|---|
| 1 | Abney | David | MI | 99A |
| 2 | Acker | Corwin | MD | 99A |
| 3 | Anderson | Eric | IL | 01A |
| 4 | Bailey | Derrick | MD | 99A |
| 5 | Brennan | Mike | MD | 99A |
| 6 | Bridges | Willie | MD | 99A |
| 7 | Broadnax | Rodney | MD | 99A |
| 8 | Brumfield | Ryan | MD | 99A |
| 9 | Carroll | Sterling | MD | 96A |
| 10 | Carson | Stephen | IL | 01A |
| 11 | Chainuck | Mark | IL | 99A |
| 12 | Charles | Dieunel | NJ | 01A |
| 13 | Coleman | Timothy | MD | 02A |
| 14 | Coomer | Richard/Pete | IN | 02A |
| 15 | Cruse | Bryan | MO | 99A |
| 16 | Cruz | John | IN | 02A |
| 17 | DeGraaf | Timothy | MI | 96A |
| 18 | Fragola | Mark | CT | 99A |
| 19 | Frederique | Gary | MD | 01A |
| 20 | Greene | Enoch | MD | 99A |
| 21 | Gumbs | Allan | MD | 99A |
| 22 | Handy | John | MD | 96A |
| 23 | Herrera | Miguel | CA | 99B |
| 24 | Hodge | Bobby | MI | 99A |
| 25 | Jaramillo | Tom | CO | 96A |
| 26 | Jay | Jeff | IL | 96A |
| 27 | Kelly | Amber | NJ | 01A |
| 28 | Krol | Jim | MI | 96A |
| 29 | Locke | Terrain | MD | 99A |
| 30 | Lovett | Wayne | CA | 99B |
| 31 | Mackall | Charles | MD | 01A |
| 32 | Madden, Jr. | Henry | MD | 99A |
| 33 | Mimms | Curtis | MD | 01A |
| 34 | Montanez | Raymond | CA | 02B |
| 35 | Murphy II | Ernest | MD | 99A |
| 36 | Nazareth | Julian | NY | 01A |
| 37 | O'Malley | Tim | CA | 99B |
| 38 | Perez | Edwin | NY | 01A |
| 39 | Qureshi | Norman | NJ | 96A |

| No. | Last Name | First Name | State | Agreement Version |
|---|---|---|---|---|
| 40 | Ratcliff | Mike | MI | 96A |
| 41 | Roberts | Barry | MD | 99A |
| 42 | Rydman | Ronald | CA | 01B |
| 43 | Sullivan | Edwin | MD | 99A |
| 44 | Van Koevering | Allen | MI | 96A |
| 45 | Veliz | Paul | CA | 01B |
| 46 | Wasmer | Tade | IL | 96A |
| 47 | Watson, Sr. | Lawrence | MD | 99A |
| 48 | Weekes | Neville | MD | 01A |
| 49 | West | DeRon | MD | 99A |
| 50 | White | James | CA | 01B |
| 51 | Williams | Samuel | NJ | 96A |
| 52 | Wise | Michael | MI | 96A |
| 53 | Wood | Calvin | MD | 99A |
| 54 | Woods, Jr. | Earl | MI | 99A |
| 55 | Zadnick | Aaron | IL | 99A |