# EXHIBIT D

## Exhibit D

| Last Name | First Name | State | Agreement Version |
|---|---|---|---|
| Arwood, Jr. | Preston | AL | 03AL |
| Churchill | Tom | FL | 96A |
| Daniel | Jerry D. | AL | 03AL |
| Izquierdo | Oliden | FL | 99A |
| Mardini | Walberto | FL | 99A |
| Mayton, Jr. | Bernard | AL | 03AL |
| Meador | Jeff | NV | 96A |
| Nunez | Jonathan | NV | 99A |
| Paredes | Oscar | FL | 02A |
| Walker | Winston | AL | 02A |
| Wheeler | Ellick | KY | 96A |