# EXHIBIT F

## Exhibit F
## Louisiana

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 1 | Addison | Jack | 03LA |
| 2 | Avery | Ivan Edward | 99E |
| 3 | Blessing | Jay | 03LA |
| 4 | Bolden | Alfonso | 03LA |
| 5 | Britt | Tony | 99A |
| 6 | Brown, Jr. | Gregory | 03LA |
| 7 | DeBose | Erroll A. | 96A |
| 8 | Fontenot Jr. | Gustave | 03LA - Conf. |
| 9 | Foto | Jacob J. | 99A |
| 10 | Galloway | Robert C. | 03LA |
| 11 | Giamalva, Jr. | Frank | 99A |
| 12 | Green | Steven | 02D |
| 13 | Gremillion | John Alex | 01A |
| 14 | Guthrie | Terrance P. | 03LA |
| 15 | Hutto | Herman | 99A |
| 16 | Jeansonne | Joel | 03LA |
| 17 | Johnson | Eugene | 96A |
| 18 | Lanclos | Joseph | 03LA |
| 19 | Lavergne IV | Theodore J. | 01A |
| 20 | Lewis | Donald | 99A |
| 21 | Livingston | Daniel | 03LA - Conf. |
| 22 | Maloch | Andrew | 03D |
| 23 | Manale III | Ted | 03LA |
| 24 | Massey | Jason K. | 03D |
| 25 | McCain | Kenny P. | 03LA |
| 26 | McCain | Barry Preston | 03LA |
| 27 | McDaniel | Chester | 02D |
| 28 | Nelson | Tyrick D. | 03LA |

| No. | Last Name | First Name | Agreement Version |
|-----|-----------|------------|-------------------|
| 29 | Parker | Benny | 96A |
| 30 | Pierce | Glen H. | 02D |
| 31 | Prejean | Barney | 96A |
| 32 | Prescia | Salvador | 03LA |
| 33 | Price | Jason | 03LA |
| 34 | Ramirez | Brett | 99A |
| 35 | Rauch | Darren | 03LA |
| 36 | Richard | Dennis M | 03LA |
| 37 | Salazar | Gregory M. | 03LA |
| 38 | Santalucito | Vincent | 03LA |
| 39 | Siekkinen | John Davin | 96A |
| 40 | Slocum | Ray | 99A |
| 41 | Smith | Richard | 99A |
| 42 | Smith | Daniel | 03LA |
| 43 | Sutter | John Michael | 99A |
| 44 | Thomas | Jack Darren | 03LA |
| 45 | Tully, Jr. | John | 99A |
| 46 | White Jr. | Joseph | 99A |
| 47 | Witty | Aaron Paul | 03LA |
| 48 | Wood | Mark Dolton | 03LA |
| 49 | Yarbrough | Gary | 01A |