# EXHIBIT G

# Exhibit G
# Arizona

| Last Name | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 1 | Abel | Robert J. | 02A |
| 2 | Barnard | Justin | 01A |
| 3 | Bustamante | Esequiel | 99A |
| 4 | Cavagnaro | Tina A. | 02A |
| 5 | Clouse | Daniel | 99A |
| 6 | Colihan | Robert | 02A |
| 7 | Covert | Roderick | 03AZ |
| 8 | Cox | Shane A | 03AZ |
| 9 | Dominguez | Frank Christopher | 99A |
| 10 | Doone | Benjamin | 99A |
| 11 | Glover | Robert | 02A |
| 12 | Goodman | Stuart S. | 01A |
| 13 | Green | Jason Warren | 02A |
| 14 | Held | David | 99A |
| 15 | Ivins | Justin | 03A |
| 16 | Jones | David E. | 02A |
| 17 | Line | Larry L. | 03AZ |
| 18 | Linkey | James Joseph | 02A |
| 19 | Maldonado | Daniel | 02A |
| 20 | Maser | Richard | 03AZ |
| 21 | Mason, Jr. | Charles E. | 02A |
| 22 | Maves | Cynthia | 99A |
| 23 | McCoy | Michael Eric | 99A |
| 24 | Otero | Joseph Scott | 99A |
| 25 | Pain | Eugene R. | 03AZ |
| 26 | Peace | Jarrod | 02A |
| 27 | Pettit | Douglas | 02A |
| 28 | Pilgrim | Todd | 99A |

| Last Name # | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 29 | Randall | Kyle Richard | 99A |
| 30 | Sandoval | Manuel | 99A |
| 31 | Schaper | Matt | 03AZ |
| 32 | Shepherd | Rebecca | 02A |
| 33 | Sigl | Jonathan | 01A |
| 34 | Snell | Richard | 02A |
| 35 | Stokes | Bryan | 02A |
| 36 | Thomas III | George | 02A |
| 37 | Thompson | Robert | 02A |
| 38 | Vesey | Brena | 02A |
| 39 | Whitener | Jessy | 02A |
| 40 | Young Jr. | John W. | 01A |