# EXHIBIT   H

## Exhibit H
## Pennsylvania

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 1 | Baptist | Kenneth W. | 99A |
| 2 | Benecke | Stephen C | 01A |
| 3 | Blackburn | Jessica Lynn | 99A |
| 4 | Brandt | Dean | 96A |
| 5 | Brewster | James | 01A |
| 6 | Buttner | Christopher C. | 03PA |
| 7 | Checchia | Davide | 96A |
| 8 | Chew | William | 03A |
| 9 | Cintron | Michael S. | 02A |
| 10 | Cruz | Samuel | 03PA |
| 11 | Dauria | Philip | 99A |
| 12 | DeRenzo | Christopher | 01A |
| 13 | Dickson | Kevin | 99A |
| 14 | Dodson | Shirley | 03A |
| 15 | East | Joel | 99A |
| 16 | Eperthener | Andrew W. | 99A |
| 17 | Erickson | Daniel | 01A |
| 18 | Ericson | Robert | 01A |
| 19 | Faux | Jaime A. | 99A |
| 20 | Fellin | Paul Lewis | FAS-C |
| 21 | Folsom | James | 99A |
| 22 | Freeman | Scott | 01A |
| 23 | Geissinger | Michael B. | 02A |
| 24 | Gilbert | Brian | 01A |
| 25 | Gilchrist | Joe | 99A |
| 26 | Goida | Jeffrey | 99A |
| 27 | Gonzalez | Ivan | 99A |
| 28 | Gordineer | Donald | 99A |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 29 | Greene | Les | 03PA |
| 30 | Gula | Jon | 99A |
| 31 | Hall | Renee | 99A |
| 32 | Henning | William D., II | 03PA |
| 33 | James | Joseph | 99A |
| 34 | Klutch | Thomas | 03PA |
| 35 | Kuba | Daniel | 99A |
| 36 | Laskowski Jr. | Thomas M. | 02A |
| 37 | Lauer | Mark | 99A |
| 38 | Leazier | Linda | 03A |
| 39 | Lipscomb III | Leonard | 99A |
| 40 | Loranger | Matt | 99A |
| 41 | Marsicano | Angelo | 99A |
| 42 | Martell Jr. | Charles | 96A |
| 43 | Martin | Douglas | 02A |
| 44 | Maule | John | 99A |
| 45 | McCue, Jr. | Edward | 01A |
| 46 | Mecum | Andrew O. | 03PA |
| 47 | Mertens | James | 96A |
| 48 | Michelfelder | John | 99A |
| 49 | Mikulski | Zenard W. | 02A |
| 50 | Miller | Josh | 02A |
| 51 | Mullin | John | 01A |
| 52 | Munn | Brian | 96A |
| 53 | Murphy | Matthew | 02A |
| 54 | Nicotero III | Ross | 99A |
| 55 | Novatnak | Robert | 99A |
| 56 | Nye | Timothy | 02A |
| 57 | O'Connell | Stephen | 02A |
| 58 | Olli | Mark, Jr. | 99A |
| 59 | Orsini | Chris | 99A |

| No. | Last Name | First Name | Agreement Version |
|---|---|---|---|
| 60 | Ortiz | Andres | 02A |
| 61 | Osman | Michael | 03PA |
| 62 | Overman | Alonzo K. | 99A |
| 63 | Phillips | Jason | 02A |
| 64 | Potechko | Carl | 01A |
| 65 | Pottichen Jr. | William F. | 96A |
| 66 | Primerano | David | 96A |
| 67 | Quinn | Michael | 01A |
| 68 | Raymond | Thomas | 99A |
| 69 | Reedy Jr. | Robert | 99A |
| 70 | Riley | Brian | 99A |
| 71 | Santana | Victor | 99A |
| 72 | Schwartz | Glenn | 03A |
| 73 | Scialanca | David | 02A |
| 74 | Sciscio | Jesse Paul | 02A |
| 75 | Secora | Jason | 01A |
| 76 | Shortencarrier | Daniel | 02A |
| 77 | Smith | Michael S. | 03PA |
| 78 | Sossong | Thomas | 02A |
| 79 | Staggs | James Ervin | 96A |
| 80 | Stefani | John | 01A |
| 81 | Stefanick | Jared | 99A |
| 82 | Stillfield | Miguel | 96A |
| 83 | Tokish | Nicholas | 02A |
| 84 | Torris III | Leonard R | 99A |
| 85 | Vallette | Charles | 96A |
| 86 | Vickless | Dave | 99A |
| 87 | Wiggins | Raiford F. | 99A |