# EXHIBIT   I

## Exhibit I

| No. | Last Name | First Name | Disputed States | Agreement Version |
|---|---|---|---|---|
| 1 | Gentry | David Lewis | GA, TN | 96A |
| 2 | Lackey | Christopher Alan | GA, TN | 99A |