# EXHIBIT J

# Exhibit J

| Last Name | First Name | State | Agreement Version |
|---|---|---|---|
| Bradley | Thomas | MO | 96A |
| Bruck | Louise | OH | 99A |
| Gumbs | Allan | MD | 99A |
| Johnson | Douglas | KS | 99A |
| Olson | Andrew | CA | 02B |
| Stewart | Clarence | CA | 03CA |

Note: Plaintiff Gumbs was compelled to arbitrate as part of the Court's April 5, 2004 Order. Plaintiffs nonetheless assert a challenge on his behalf.