# EXHIBIT K

# Exhibit K

| No. | Last Name | First Name | State | Agreement Version |
|---|---|---|---|---|
| 1 | Beil | Ronald | AZ | 2B |
| 2 | Boone | Henry L. | MA | 2B |
| 3 | Brice | Gregory | MD | 2B |
| 4 | Brieva | William | FL | 2B |
| 5 | Evans | William | MD | 2B |
| 6 | Gorman | Friedrich | PA | 2B |
| 7 | Hamilton | Anthony | MD | 2B |
| 8 | Kelly, Jr. | Donald Hugh | SC | 2B |
| 9 | Metcalf | James P. | KY | 2B |
| 10 | Milligan | Michael | NC | 2B |
| 11 | Milz | Patrick | IL | 2B |
| 12 | Nislar | Oscar | VA | 2B |
| 13 | Ramirez | Robert | NV | 2B |
| 14 | Ray | Richard T. | SC | 2B |
| 15 | Standley | Robert K. | MI | 2B |
| 16 | Stephens | Charles | MI | 2B |
| 17 | Van Williams II | Ryal | SC | 2B |
| 18 | Vergara | Jesus | FL | 2B |
| 19 | Wrightson | William | MD | 2B |
| 20 | Anslinger | Gary | IN | MLS |
| 21 | Atkins | Thomas | IN | MLS |
| 22 | Bockelman | Jerome | IN | MLS |
| 23 | Brandt | Bruce | IN | MLS |
| 24 | Bullard | Edward | MI | MLS |
| 25 | Fivecoate | Todd M. | IN | MLS |
| 26 | Frisch | John T. | IN | MLS |
| 27 | Gilmore | Robert | IN | MLS |
| 28 | Herndon | Kenneth R. | IN | MLS |
| 29 | Hill | Randall C. | MI | MLS |
| 30 | Hunsinger | Dan | IN | MLS |
| 31 | Kelly | Kirby R. | IN | MLS |
| 32 | Pilon | Michael S. | MI | MLS |
| 33 | Reed | Larky | IN | MLS |
| 34 | Schroeder | Christopher A | IN | MLS |
| 35 | Stumpf | Kevin L. | IN | MLS |
| 36 | Walker | Brad A. | IN | MLS |