| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | M. Jefferson Starling, III<br>Douglas B. Kauffman<br>Brent T. Cobb<br>BALCH & BINGHAM LLP<br>1710 Sixth Avenue North<br>Post Office Box 306 (35201)<br>Birmingham, Alabama  35203<br>Telephone: (205) 251-8100 |
| 6<br>7<br>8<br>9 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>Mark C. Dosker (CA Bar # 114789)<br>Michael W. Kelly (CA Bar # 214038)<br>Joseph A. Meckes (CA Bar # 190279)<br>One Maritime Plaza, Third Floor<br>San Francisco, California  94111-3492<br>Telephone:   +1.415.954.0200<br>Facsimile:    +1.415.393.9887 |
| 10 | Attorneys for Petitioner<br>CINTAS CORPORATION |

RECEIVED

2006 MAR 10  A 10: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>           Petitioner,<br><br>    vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>           Respondents. | Case No. 2:06CV 227-DRB<br><br>DECLARATION OF MARK C. DOSKER IN SUPPORT OF PETITION FOR ORDER DIRECTING ARBITRATION TO PROCEED IN THE MANNER PROVIDED FOR IN WRITTEN AGREEMENT FOR ARBITRATION, IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT, PURSUANT TO<br>9 U.S.C. §4 |

instead seek to proceed in a single arbitration in San Francisco before an arbitrator in S...

I, MARK C. DOSKER, declare as follows:

1. I am an attorney at law licensed to practice before all state and federal courts located in the State of California, and various other federal courts, and I am a partner in the law firm of Squire, Sanders & Dempsey L.L.P. I am lead counsel of record for Cintas Corporation in the action entitled *Veliz et al v. Cintas Corporation*, Case No. C-03-1180 (N.D. Cal.) (hereinafter "the Northern California Action"). The matters set forth below are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2. Attached as Exhibit 3 to the Request for Judicial Notice submitted herewith is a true and correct copy of excerpts of the Reporter's Transcript of Proceedings of the October 18, 2005 hearing in the Northern California Action. Respondents -- through their counsel in the Northern California Action -- announced at that hearing that they do not intend to arbitrate in accordance with the terms of their enforceable agreements with Cintas, in that they will not comply with the place-of-arbitration terms in their agreements, by announcing that they will instead seek to proceed in a single arbitration in San Francisco before an arbitrator in San Francisco (the Honorable Bruce Meyerson), rather than in the separate places required as to each Respondent in his or her arbitration agreement. Exh. 3 to Request for Judicial Notice at 87:15-18.

3. In a teleconference on March 1, 2006 in which I participated, Respondents hereto again stated unequivocally through an attorney who is their counsel in the Northern California Action -- Michael Rubin of Altshuler, Berzon, Nussbaum, Rubin & Demain -- that they do not intend to arbitrate in accordance with the terms of their enforceable agreements with Cintas, by stating that they will seek to proceed in a single arbitration in San Francisco, instead of complying with the place-of-arbitration terms in each of their agreements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 7, 2006, at San Francisco, California.

_____
Mark C. Dosker