M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, California 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION

RECEIVED

2006 MAR 10 A 10:45

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION, a Washington Corporation,

        Petitioner,

  vs.

Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,

        Respondents.

Case No. 2:06CV227-B

**DECLARATION OF JENICE CLENDENING IN SUPPORT OF PETITION FOR ORDER DIRECTING ARBITRATION TO PROCEED IN THE MANNER PROVIDED FOR IN WRITTEN AGREEMENT FOR ARBITRATION, IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT, PURSUANT TO 9 U.S.C. §4**

SCANNED

SQUIRE, SANDERS &
DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA 90017-5554

I, Jenice Clendening, declare and state as follows:

       1.      I am the Employment Agreement Administrator at Cintas Corporation ("Cintas"). This declaration is based on my personal knowledge and upon a review of Cintas' records and reasonable investigation. If called as a witness to testify, I could and would competently do so.

       2.      Attached hereto as Exhibit 1 is a list of the Respondents in this action.

       3.      Each of the Respondents signed an employment agreement with Cintas containing an arbitration agreement. Cintas maintains copies of these employment agreements in the regular course of its business.

       4.      In exchange for increases in compensation, promotions, job offers, fringe benefits and other consideration, each of the Respondents entered into an individual employment agreement providing that arbitration under the American Arbitration Association National Rules for the Resolution of Employment Disputes shall be the exclusive method for resolving his or her employment disputes with Cintas, and further providing that arbitration by each such person shall be held in the county where the Respondent currently works for Cintas or most recently worked for Cintas.

       5.      A true and correct copy of the individual employment agreement entered into by Cintas and each of the Respondents are attached hereto as Exhibit 2 through 10.

       6.      I have arranged for the social security numbers shown on some of the attached employment agreements to be redacted.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Mason, Ohio on March 2, 2006.

                                    _Jenice Clendening_ (signature)

                                  Jenice Clendening