UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 10  A 10: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:06CV227-B

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>　　　　　Respondents. | Case No.<br><br>RULE 7.1 DISCLOSURE STATEMENT |

　　　Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Cintas Corporation ("Cintas") certified that Cintas is a public company and is listed on the NASDAQ. No publicly held company owns 10% or more of its stock.

Dated: March 10, 2006

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
BALCH & BINGHAM LLP
M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
1710 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492

821587.1

Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION

821587.1