AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Randall M. Cornelius
      252 Spring Hollow Drive
      Deatsville, AL 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> M. Jefferson Starling, III
> Douglas B. Kauffman
> Brent T. Cobb
> BALCH & BINGHAM LLP
> 1710 Sixth Avenue North
> Post Office Box 306 (35201)
> Birmingham, Alabama  35203
> Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                           3·10·06
_____                   _____
CLERK                                        DATE

*[signature]*
_____
(BY) DEPUTY CLERK

821494.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐　Served personally upon the defendant. Place where served:

_____

_____

☐　Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

_____

☐　Returned unexecuted: _____

☐　Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____　　　_____
　　　　　　　　　Date　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

821494.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO: Cody A. Hammons
431 Williams Road
Wetumpka, AL 36092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

3·10·06
_____
DATE

_____
(BY) DEPUTY CLERK

821495.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____    _____
                    Date                          Signature of Server

                                       _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

821495.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation                    SUMMONS IN A CIVIL CASE

V.                                          CASE NUMBER:

Randall M. Cornelius, Cody A. Hammons,                 2:06CV227-B
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Lamont Johnson
      682 Chesson Hill Drive
      Fitzpatrick, AL 36029

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

   **M. Jefferson Starling, III**
   **Douglas B. Kauffman**
   **Brent T. Cobb**
   **BALCH & BINGHAM LLP**
   **1710 Sixth Avenue North**
   **Post Office Box 306 (35201)**
   **Birmingham, Alabama 35203**
   **Telephone: (205) 251-8100**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                          3·10·06
_____                 _____
CLERK                                       DATE

_[signature]_
_____
(BY) DEPUTY CLERK

821498.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐   Served personally upon the defendant.  Place where served:
_____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____

☐   Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____          _____
                    Date                                              Signature of Server

                                                   _____
                                                                  Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

821498.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Robert Joiner
      1113 Lombard Drive
      Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

**M. Jefferson Starling, III**
**Douglas B. Kauffman**
**Brent T. Cobb**
**BALCH & BINGHAM LLP**
**1710 Sixth Avenue North**
**Post Office Box 306 (35201)**
**Birmingham, Alabama   35203**
**Telephone: (205) 251-8100**

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____         3·10·06
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

821500.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____    _____
                    Date                                    Signature of Server

                                        _____
                                              Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

821500.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER: 2:06cv227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Ben Moye, Jr.
      278 W. Pleasant Hill Drive
      Duncan, SC 29334

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

3·10·06
DATE

(BY) DEPUTY CLERK

821504.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees are true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

821504.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:  Barney Parson III
     146 Hillwood Drive
     Deatsville, AL 36022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3·10·06
CLERK                                                 DATE

_(signature)_
(BY) DEPUTY CLERK

821508.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Robe Simmons
      73 Cotton Blossom
      Greenville, AL 36037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                        3-10-06
CLERK                                      DATE

_(signature)_
(BY) DEPUTY CLERK

821510.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation                    SUMMONS IN A CIVIL CASE

V.                                          CASE NUMBER:

                                            2:06CV227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Clayton Robert Smith
      15 McBride Street
      Seale, AL 36875-3710

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                          3.10.06
_____                 _____
CLERK                                       DATE

_____
(BY) DEPUTY CLERK

821513.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

CINTAS CORPORATION,
a Washington corporation

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:06CV 227-B

Randall M. Cornelius, Cody A. Hammons,
Lamont Johnson, Robert Joiner, Ben Moye Jr.,
Barney Parson III, Robe Simmons, Clayton Robert Smith,
Antwan Terrell

TO:   Antwan Terrell
      207 Booker Street
      Alexander City, 35016

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203
Telephone: (205) 251-8100

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                           3.10.06
CLERK                                        DATE

_[signature]_
(BY) DEPUTY CLERK

821516.1