## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 23, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Cintas Corporation   vs.  Cornelius et al
Civil Action No.  2:06-cv-00227-DRB

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 2:06-cv-00227-WHA.  This new case number should be used on all future correspondence and pleadings in this action.