UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-CV-00227-DRB |
| | ) |
| RANDALL M. CORNELIUS, et al. | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF MOTION AND MOTION TO STAY ALL
PROCEEDINGS PENDING ACTION BY THE
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that respondents hereby move the Court to stay all proceedings in this case until the Judicial Panel for Multi-district Litigation determines whether it should be transferred and consolidated with other identical petition actions filed by Cintas Corporation ("Cintas") in 70 different district courts. In further support of their motion, respondents rely on their accompanying Memorandum of Points and Authorities and further state:

1.   This case is one of 70 identical petitions seeking to compel

respondents to arbitrate in venues near where they work or last worked for Cintas, notwithstanding an arbitration between the parties here on the identical issues has already commenced before the American Arbitration Association in San Francisco, California.

    2.    On March 30, 2006, respondents moved the Judicial Panel on Multidistrict Litigation ("MDL") under 28 U.S.C. §1407 to transfer this and all other Cintas' petitions to a single district court for consolidated pretrial proceedings.

    3.    To promote the goals of efficiency, justice and judicial economy served by the MDL process, the respondents request that this action be stayed pending the MDL's decision on transfer. An overwhelming majority of district courts stay proceedings while a motion to transfer under 28 U.S.C. §1407 is pending. A stay will unquestionably conserve judicial resources, prevent assuredly inconsistent adjudications and pretrial rulings, and will avoid prejudice to respondents while not prejudicing Cintas.

    4.    This motion is based upon this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Supporting Declaration of Steven W. Pepich, the complete file in this case, and on such arguments and evidence as may be presented before this Court.

Respectfully submitted this 25th day of April, 2006.

/s/ Henry Brewster
Henry Brewster (BREWH7737)
STEIN, BREWSTER & PILCHER LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251/433-2002
Facsimile: 251/432-7756

Steven W. Pepich
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

Michael Rubin
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
Facsimile: 415/362-8064

Theresa M. Traber
TRABER & VOORHEES
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
Facsimile: 626/577-7079

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 25th day of April, 2006.

Brentley Tyler Cobb
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Douglas B. Kauffman
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

M. Jefferson Starling, III
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

/s/Henry Brewster
Henry Brewster (BREWH7737)
STEIN, BREWSTER & PILCHER, LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251-433-2002
Facsimile: 251-432-7756
E-mail: hbrewster@steinandbrewster.com