UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CINTAS CORPORATION, a Washington corporation, | Case No. 1:06-cv-00104-BLW |
| Petitioner, | |
| vs. | ORDER |
| DAVID DeBILZAN, MICHAEL ETZLER, MICHAEL HILLIARD, RYAN SCOTT HOLBROOK, JOHN HORN and RANDY McCARNEY, individuals, | |
| Respondents. | |

Pending before the Court is a petition for an order directing arbitration to proceed in accordance with a specified agreement. (Docket No. 1) The Court will not rule on this petition at this time. Instead, the Court is STAYING this action.

Counsel for respondents have submitted copies of several documents originally filed with the Judicial Panel on Multi-District Litigation. (Docket Nos. 9, 10 and 11) Apparently, there are a number of motions now pending before that

panel seeking relief as to a large number of actions now pending in several districts around the country, some of which involve parties and issues similar to this action. The Court will not proceed with this action until the Judicial Panel on Multi-District Litigation has acted.

NOW, THEREFORE, IT IS HEREBY ORDERED that further proceedings in this case are STAYED pending further order of this Court. The parties are directed to notify the Clerk of this Court of any order or orders of the Panel on Multi-District Litigation relating to this action.

DATED: **April 10, 2006**

_____
Honorable Thomas G. Nelson
United States Circuit Judge
Sitting by Designation