UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MONTGOMERY DIVISION

| | | |
|---|---|---|
| CINTAS CORPORATION, | ) | Civil Action No. 2:06-CV-00227-DRB |
| Petitioner, | ) | |
| vs. | ) | |
| RANDALL M. CORNELIUS, et al. | ) | |
| Respondents. | ) | |

**DECLARATION OF STEVEN W. PEPICH IN SUPPORT OF RESPONDENTS' MOTION TO STAY ALL PROCEEDINGS PENDING ACTION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

1. I am a member of the State Bar of California and the bars of numerous United States District Courts. I am a partner in the San Diego law firm of Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP. I appear on behalf of respondents in this action and my firm is co-counsel for the plaintiffs in *Paul Veliz, et al. v. Cintas Corporation*, No. 03-1180 SBA (N.D. Cal.) (the "*Veliz* Action"), which is pending before the Hon. Saundra Brown Armstrong. As such, I am familiar with the below-described documents.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Arbitration Demand, AAA Case No. 11 160 01323 04;

Exhibit 2: Claimants' Clause Construction Opening Brief;

Exhibit 3: Respondent Cintas Corporation's Motion for Clause Construction; and

Exhibit 4: April 10, 2006 Order of the Honorable Thomas G. Nelson, United States Circuit Judge sitting by designation in the District of Idaho.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration is executed this 24th day of April, 2006 in San Diego, California.

STEVEN W. PEPICH

S:\CasesSD\Cintas\DEC0030322-Stay.doc