UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Civil Action No. 2:06-CV-00227-DRB |
| RANDALL M. CORNELIUS, et al. | ) ) |
| Respondents. | ) |

## [PROPOSED] ORDER ON MOTION TO STAY

The Respondents, herein by counsel, having filed their Motion to Stay All Proceedings Pending Action by the Judicial Panel on Multidistrict Litigation, and this Court, having considered same and being duly advised, now finds good cause to **GRANT** Respondents' motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is stayed until 30 days after the Judicial Panel on Multidistrict Litigation determines whether this matter should be transferred and coordinated with 69 other substantially identical actions pending in district courts around the country.

DATED: _____     _____
                                THE HONORABLE W. HAROLD
                                ALLBRITTON III
                                UNITED STATES DISTRICT JUDGE

Respectfully submitted this 25th day of April, 2006.

/s/ Henry Brewster
Henry Brewster (BREWH7737)
STEIN, BREWSTER & PILCHER LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251/433-2002
Facsimile: 251/432-7756

Steven W. Pepich
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

Michael Rubin
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
Facsimile: 415/362-8064

Theresa M. Traber
TRABER & VOORHEES
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
Facsimile: 626/577-7079

Attorneys for Respondents

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 25th day of April, 2006.

Brentley Tyler Cobb
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Douglas B. Kauffman
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

M. Jefferson Starling, III
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

 

/s/Henry Brewster
Henry Brewster (BREWH7737)
STEIN, BREWSTER & PILCHER, LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251-433-2002
Facsimile: 251-432-7756
E-mail: hbrewster@steinandbrewster.com