IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION,             ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.                                               ) | CIVIL ACTION NO. 2:06cv227-WHA |
| ) | |
| RANDALL M. CORNELIUS, et al.,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER**

Upon consideration of Defendants' Motion to Stay (Doc. #8), filed on April 25, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 5**, **2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 27th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE