UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Civil Action No. 2:06-CV-00227-WHA-DRB |
| ) | |
| RANDALL M. CORNELIUS, et al. ) | |
| ) | |
| Respondents. ) | |

## MOTION FOR STEVEN W. PEPICH TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middl eDistrict of Alabama, the undersigned respectfully moves for the admission of Steven W. Pepich, of the law firm Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, Telephone: 619-231-1058, for purposes of appearing as counsel on behalf of Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye, Jr., Barney Parson, III, Robe Simmons, Clayton Robert Smith and Antwan Terrell herein, in the above-styled case.

Steven W. Pepicj certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the California State Bar and the U.S. District Court for the Southern District of California.  A copy of a Certificate

of Good Standing is attached hereto.

In further support of this motion, it is hereby designated that Henry Brewster is a member of the bar of this Court and maintains an office in this District for the practice of law. He is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition the law firm of Stein, Brewster & Pilcher, LLC, Post Office Box 1051, Mobile, Alabama 36633, Telephone: 251-433-2002 acts as local counsel in this matter on behalf of all respondents named above.

Respectfully submitted this 24th day of April, 2006.

_____
Henry Brewster (BREWH7737)

STEIN, BREWSTER & PILCHER, LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251/433-2002
Facsimile: 251/432-7756

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108

Telephone: 415/421-7151
Facsimile: 415/362-8064

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
Facsimile: 626/577-7079

Attorneys for Respondents