# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA                    } ss.

    I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

    DO HEREBY CERTIFY That Steven W. Pepich was duly admitted to practice in said

Court on December 3, 1984, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA               W. SAMUEL HAMRICK, JR.
                                                         Clerk

on April 17, 2006            By    M Stottlemyer                ,
                                                  Deputy Clerk