UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-CV-00227-WHA-DRB |
| | ) |
| RANDALL M. CORNELIUS, et al. | ) |
| | ) |
| Respondents. | ) |
| | ) |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This case has come before the Court upon the application of Steven W. Pepich, counsel for Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye, Jr., Barney Parson, III, Robe Simmons, Clayton Robert Smith and Antwan Terrell, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers at the United States Courthouse, Montgomery, Alabama, this _____ day of _____, 2006.

_____
THE HONORABLE W. HAROLD ALBRITTON III
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA

1