UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RANDALL M. CORNELIUS, et al. )<br>)<br>Respondents. )<br>) | Civil Action No. 2:06-CV-00227-WHA-DRB |

## NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Steven W. Pepich of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 655 West Broadway, Suite 1900, San Diego, California 92101, phone number (619) 231-1058, e-mail: stevep@lerachlaw.com as counsel on behalf of respondents Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye, Jr., Barney Parson, III, Robe Simmons, Clayton Robert Smith and Antwan Terrell in this action.

Steven W. Pepich and undersigned respectfully request copies of all notices, pleadings and schedules in this action.

Respectfully submitted this 24th day of April, 2006.

_____
Henry Brewster (BREWH7737)

1

STEIN, BREWSTER & PILCHER, LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251/433-2002
Facsimile: 251/432-7756

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
STEVEN W. PEPICH
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423

ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
MICHAEL RUBIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
Facsimile: 415/362-8064

TRABER & VOORHEES
THERESA M. TRABER
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
Facsimile: 626/577-7079

Attorneys for Respondents

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all

2

counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 24th day of April, 2006.

Brentley Tyler Cobb
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Douglas B. Kauffman
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

M. Jefferson Starling, III
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

Steven W. Pepich
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
Facsimile:  619/231-7423

Michael Rubin
ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  415/421-7151
Facsimile:  415/362-8064

Theresa M. Traber
TRABER & VOORHEES
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Telephone: 626/585-9611
Facsimile: 626/577-7079

_/s/ Henry Brewster_
HENRY BREWSTER

STEIN, BREWSTER & PILCHER, LLC
P.O. Box 1051
Mobile, AL 36633
Telephone: 251/433-2002
Facsimile: 251/432-7756
E-mail: hbrewster@steinandbrewster.com

4