IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv227-WHA |
| | ) |
| RANDALL M. CORNELIUS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #12), filed on behalf of Steven W. Pepich on April 27, 2006, and it appearing that Steven W. Pepich is a member in good standing of the United States District Court for the Southern District of California, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 1st day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE