UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>Respondents. | Case No. 2:06-CV-00227-DRB<br><br>**NOTICE OF LODGMENT BY PETITIONER CINTAS CORPORATION OF COPY OF PAPERS FILED WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Petitioner Cintas Corporation hereby lodges with this Court a copy set of the following papers, which it has filed on April 27, 2006 with the Judicial Panel on Multidistrict Litigation:

1. RESPONSE BRIEF BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

2. RESPONSE BY CINTAS CORPORATION TO AVERMENTS IN MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

3. REQUEST FOR JUDICIAL NOTICE SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

4. APPENDIX OF AUTHORITIES (LEGISLATIVE HISTORY MATERIALS) SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407; and

5. DECLARATION OF MARK C. DOSKER SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407.

Dated: May 1, 2006

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
BALCH & BINGHAM LLP

835294.1

        M. Jefferson Starling, III
        Douglas B. Kauffman
        Brent T. Cobb
        1710 Sixth Avenue North
        Birmingham, Alabama  35203
        Telephone: (205) 251-8100
        Facsimile:  (205) 226-8798

        SQUIRE, SANDERS & DEMPSEY L.L.P.
        Mark C. Dosker (CA Bar # 114789)
        Michael W. Kelly (CA Bar # 214038)
        Joseph A. Meckes (CA Bar # 190279)
        One Maritime Plaza, Third Floor
        San Francisco, CA  94111-3492
        Telephone:     +1.415.954.0200
        Facsimile:      +1.415.393.9887

        Attorneys for Petitioner
        CINTAS CORPORATION