UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>　　　　　　Respondents. | Case No. 2:06-CV-227<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR CINTAS CORPORATION TO SHOW CAUSE** |

The parties, through undersigned counsel, move this Court to grant a one (1) day extension of time for Petitioner Cintas Corporation to respond to and show cause on Respondents' Motion to Stay and, as grounds, state as follows:

1. Counsel for the parties currently are finalizing negotiations for a nationwide stipulation that relates to the motion to stay,

2. Such stipulation addresses the merits of the current motion before the Court, and

3. In the interest of judicial economy and avoiding unnecessary litigation expense, the parties submit this joint request.

WHEREFORE, the parties respectfully request that the Court extend Cintas Corporation's deadline to show cause to Monday May 8, 2006.

　　　　　　　　　　　　　　　　/s/ Douglas B. Kauffman
　　　　　　　　　　　　　　　　BALCH & BINGHAM LLP
　　　　　　　　　　　　　　　　M. Jefferson Starling, III
　　　　　　　　　　　　　　　　Douglas B. Kauffman
　　　　　　　　　　　　　　　　Brent T. Cobb
　　　　　　　　　　　　　　　　1710 Sixth Avenue North
　　　　　　　　　　　　　　　　Post Office Box 306 (35201)
　　　　　　　　　　　　　　　　Birmingham, Alabama   35203

836493.1

Telephone: (205) 251-8100

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION


/s/ Henry H. Brewster
Henry H Brewster
STEIN BREWSTER & PILCHER LLC
PO Box 1051
Mobile, AL 36633-1051
Steven W. Pepich
LeRach Coughlin Stoia Geller
   Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Michael Rubin
Altshuler, Berzon, Nussbaum
   Rubin & Demain
177 Post Street, Suit 300
San Francisco, CA 94108

Theresa M. Traber
Traber & Voorhees
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Attorneys for Respondents,
Randall M. Cornelius, Cody A. Hammons, Lamont
Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III,
Robe Simmons, Clayton Robert Smith, Antwan Terrell