# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>Respondents. | Case No. 2:06-CV-227<br><br>JOINT MOTION FOR EXTENSION OF TIME FOR CINTAS CORPORATION TO SHOW CAUSE |

The parties, through undersigned counsel, move this Court to grant a one (1) day extension of time for Petitioner Cintas Corporation to respond to and show cause on Respondents' Motion to Stay and, as grounds, state as follows:

1. Counsel for the parties currently are finalizing negotiations for a nationwide stipulation that relates to the motion to stay,

2. Such stipulation addresses the merits of the current motion before the Court, and

3. In the interest of judicial economy and avoiding unnecessary litigation expense, the parties submit this joint request.

WHEREFORE, the parties respectfully request that the Court extend Cintas Corporation's deadline to show cause to Monday May 8, 2006.

/s/ Douglas B. Kauffman
BALCH & BINGHAM LLP
M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
1710 Sixth Avenue North
Post Office Box 306 (35201)
Birmingham, Alabama 35203

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____ 2006
_____
UNITED STATES DISTRICT JUDGE