# #2:06-CV-00227-WHA

# ATTACHMENT
# TO
# DOCUMENT #18
# IS WITHDRAWN
# PURSUANT TO COURT ORDER
# ENTERED 5/15/2006