UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>        Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br>        Respondents. | Case No. 2:06-CV-227<br><br>**EXPEDITED MOTION TO WITHDRAW THE ATTACHMENT FILED TO THE STIPULATION AND ORDER RE: (1) SERVICE OF PROCESS, AND (2) STAYING FURTHER PROCEEDINGS PENDING DECISION ON MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER AND CONSOLIDATE UNDER 28 U.S.C. §1407** |

#181559

836829.1

1

2   WHEREAS, Cintas Corporation ("Cintas") requests this Court to Withdraw the

3   Attachment which was filed erroneously with the aforesaid Stipulation and Order Re: (1) Service

4   of Process, and (2) Staying Further Proceeding Pending Decision on Motion Before the Judicial

5

6   Panel on Multidistrict Litigation to Transfer and Consolidate Under 28 U.S.C. §1407.

7   RESPECTFULLY SUBMITTED:

8

9   Dated: May 9, 2006                             SQUIRE, SANDERS & DEMPSEY L.L.P.

10

11                                                 By: _____
                                                   BALCH & BINGHAM LLP
12                                                 M. Jefferson Starling, III
                                                   Douglas B. Kauffman
13                                                 Brent T. Cobb
                                                   Kimberly T. Powell
14                                                 1710 Sixth Avenue North
                                                   Post Office Box 306 (35201)
15                                                 Birmingham, Alabama  35203
                                                   Telephone: (205) 251-8100
16

17                                                 SQUIRE, SANDERS & DEMPSEY L.L.P.
                                                   Mark C. Dosker (CA Bar # 114789)
18                                                 Michael W. Kelly (CA Bar # 214038)
                                                   Joseph A. Meckes (CA Bar # 190279)
19                                                 One Maritime Plaza, Third Floor
                                                   San Francisco, CA  94111-3492
20                                                 Telephone: +1.415.954.0200
                                                   Facsimile: +1.415.393.9887
21

22                                                 Attorneys for Petitioner
                                                   CINTAS CORPORATION
23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
801 South Figueroa, 14th Floor
Los Angeles, CA  90017-5554

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>        Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br>        Respondents. | Case No. 2:06-CV-227<br><br>**ORDER** |

DONE and ORDERED this _____ day of May, 2006 to Withdraw the Attachment which was filed erroneously with the aforesaid Stipulation and Order Re: (1) Service of Process, and (2) Staying Further Proceeding Pending Decision on Motion Before the Judicial Panel on Multidistrict Litigation to Transfer and Consolidate Under 28 U.S.C. §1407.

Dated: May ____, 2006

                                                                                   United States District Judge

836829.1