UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>Respondents. | Case No. 2:06-CV-227-WHA<br><br>MOTION FOR ADMISSION PRO HAC VICE MARK C. DOSKER |

Pursuant to Rule 83.1(b) of the Local Rules of this Court, M. Jefferson Starling, III, a member of the bar of the Court and one of the attorneys for plaintiff Cintas Corporation ("Cintas"), moves the Court to admit Mark C. Dosker *pro hac vice* as additional counsel for Cintas. Mr. Dosker, a partner with the law firm of Squire, Sanders & Dempsey L.L.P., One Maritime Plaza, Suite 300, San Francisco, California 94111-3492, is a member in good standing of the Bar of the State of California, and is admitted to practice and a member in good standing before the United States District Court for the Eastern District of California.

A true and correct copy of Mr. Dosker's certificate of good standing for the United States District Court for the Eastern District of California is attached hereto.

The prescribed admission fee will be tendered to the Clerk.

_____
One of the Attorneys for Cintas Corporation

824019.1

**OF COUNSEL:**

BALCH & BINGHAM LLP
M. Jefferson Starling, III
Douglas B. Kauffman
Brent T. Cobb
1710 Sixth Avenue North
Birmingham, Alabama  35203
Telephone: (205) 251-8100
Facsimile:  (205) 226-8798

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been via CM/ECF ELECTRONIC FILING SYSTEM on this 9th day of May, 2006

_____
OF COUNSEL

824019.1