UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>    Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>    Respondents. | Case No. 2:06-CV-227-WHA<br><br>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE MARK C. DOSKER |

This matter came before the Court upon the Motion for Admission *pro hac vice* of Mark C. Dosker to appear and practice in the above-styled case, and it appearing that approval of said motion is warranted; it is therefore

ORDERED, ADJUDGED AND DECREED that Mark C. Dosker be and hereby is authorized to appear as counsel for Cintas Corporation in the above-styled case.

DONE and ORDERED, the _____ day of _____, 2006.

_____
United States District Judge

824019.1