# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

# MARK COLEMAN DOSKER

## 114789

*was duly admitted to practice in this Court on*

*December 24, 1984*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on March 17, 2006*

_____  
*Jack L. Wagner*  
**CLERK OF COURT**

_____  
K Yin / **DEPUTY CLERK**