# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

## MICHAEL WILLIAM KELLY

### 214038

*was duly admitted to practice in this Court on*

*February 23, 2004*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on March 17, 2006*


_____          _____
      Jack L. Wagner                              K Yin - DEPUTY CLERK
      CLERK OF COURT