UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF GOOD STANDING

*I, Jack L. Wagner, Clerk of this Court,*

*certify that*

JOSEPH ANTHONY MECKES

190279

*was duly admitted to practice in this Court on*

*December 19, 1997*

*and is in good standing*

*as a member of the Bar of this Court.*

*Dated at Sacramento on March 17, 2006*

_____
*Jack L. Wagner*
CLERK OF COURT

_____
K Yin - DEPUTY CLERK