## UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CINTAS CORPORATION, A WASHINGTON CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br>RANDALL M. CORNELIUS, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>2:06CV227-B<br><br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS AND PETITION FOR ORDER DIRECTING ARBITRATION; REQUEST FOR JUDICIAL NOTICE; ORDER; JOINT STATEMENT OF THE PARTIES; EXHIBITS A-K; PLAINTIFF/ DEFENDANTS MOTIONS; REPORTER'S TRANSCRIPT; CLASS ACTION ORDER; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO RECONSIDER ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION; DISCLOSURE STATEMENT; DECLARATION OF MARK C. DOSKER; DECLARATION OF JENICE CLENDENING; EMPLOYMENT AGREEMENT EXHIBITS 1-5 |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **8th day of April, 2006, at 11:00 AM**, at the address of **1113 LOMBARD Drive, MONTGOMERY, Montgomery County, AL**; this affiant served the above described documents upon **ROBERT JOINER**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **ROBERT JOINER, w/m, 5'8", 180lbs, brn hair, blue eyes,,** a person of suitable age and discretion who stated the above address to be the residence and usual place of abode or verified place of employment of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of ___Alabama___ that the statement above is true and correct.

_____
**Glenn McDaniel**

SUBSCRIBED AND SWORN to before me this 10th day of April, 2006

_____
NOTARY PUBLIC in and for the State of **Alabama**
My Commission Expires: 07/29/2007

| ABC's Client Name<br>**LexisNexis File & Serve**<br>**10922810** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **8200369** |