IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CINTAS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv227-WHA |
| | ) |
| RANDALL M. CORNELIUS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motions to Admit Pro Hac Vice (Docs. #20, 21 and 22), filed on behalf of Mark C. Dosker, Michael W. Kelly and Joseph A. Meckes on May 9, 2006, and it appearing that Mark C. Dosker, Michael W. Kelly and Joseph A. Meckes are members in good standing of the United States District Court for the Eastern District of California, it is ORDERED that the motions be and the same are hereby **GRANTED**.

DONE this 15th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE