UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>            Petitioner,<br><br>       vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>            Respondents. | Case No. 2:06-CV-227<br><br>EXPEDITED MOTION TO WITHDRAW THE ATTACHMENT FILED TO THE STIPULATION AND ORDER RE:<br>(1) SERVICE OF PROCESS, AND<br>(2) STAYING FURTHER PROCEEDINGS PENDING DECISION ON MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER AND CONSOLIDATE UNDER 28 U.S.C. §1407 |

**MOTION GRANTED**

SO ORDERED
THIS 15th DAY OF May, 2006

_____
UNITED STATES DISTRICT JUDGE

#181559

836829.1