UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>Randall M. Cornelius, Cody A. Hammons, Lamont Johnson, Robert Joiner, Ben Moye Jr., Barney Parson III, Robe Simmons, Clayton Robert Smith, Antwan Terrell, individuals,<br><br>Respondents. | Case No. 2:06-CV-227<br><br>ORDER |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 15, 2006

_____
United States District Judge

STIPULATION AND ORDER    -5-

836750.1