# SCHEDULE A

MDL-1781 -- In re Cintas Corp. Overtime Pay Arbitration Litigation

       Middle District of Alabama

*Cintas Corp. v. Randall M. Cornelius, et al.*, C.A. No. 2:06-227

       Northern District of Alabama

*Cintas Corp. v. Darren Mitchell Anderson, et al.*, C.A. No. 2:06-492

       Southern District of Alabama

*Cintas Corp. v. Ramon J. Baudier, Jr., et al.*, C.A. No. 1:06-148

       District of Arizona

*Cintas Corp. v. Robert J. Abel, et al.*, C.A. No. 2:06-693

       Central District of California

*Cintas Corp. v. Roberto Carlos Alegria, et al.*, C.A. No. 2:06-1750

       Eastern District of California

*Cintas Corp. v. Ronald Arvizu, et al.*, C.A. No. 2:06-611

       Northern District of California

*Paul Veliz, et al. v. Cintas Corp., et al.*, C.A. No. 4:03-1180

       Southern District of California

*Cintas Corp. v. Daniel E. Ainsworth, et al.*, C.A. No. 3:06-632

       District of Colorado

*Cintas Corp. v. John D. Bickham, et al.*, C.A. No. 1:06-427

       District of Connecticut

*Cintas Corp. v. Eugene Christensen, et al.*, C.A. No. 3:06-360

-2-

**MDL-1781 Schedule A (Continued)**

<ins>District of Delaware</ins>

*Cintas Corp. v. Charles Leroy Gray, et al.*, C.A. No. 1:06-162

<ins>Middle District of Florida</ins>

*Cintas Corp. v. Alice Allen, et al.*, C.A. No. 8:06-400

<ins>Northern District of Florida</ins>

*Cintas Corp. v. Joseph Frazier, et al.*, C.A. No. 3:06-103

<ins>Southern District of Florida</ins>

*Cintas Corp. v. David J. Abrahamsen, et al.*, C.A. No. 0:06-60310

<ins>Middle District of Georgia</ins>

*Cintas Corp. v. Matthew J. DeFelix, et al.*, C.A. No. 1:06-38

<ins>Northern District of Georgia</ins>

*Cintas Corp. v. Jeffrey Aybar, et al.*, C.A. No. 1:06-569

<ins>Southern District of Georgia</ins>

*Cintas Corp. v. Joe L. Banks, et al.*, C.A. No. 1:06-35

<ins>District of Idaho</ins>

*Cintas Corp. v. David DeBilzan, et al.*, C.A. No. 1:06-104

<ins>Central District of Illinois</ins>

*Cintas Corp. v. James Allen Burress, et al.*, C.A. No. 1:06-1068

**MDL-1781 Schedule A (Continued)**

        Northern District of Illinois

*Cintas Corp. v. Vince Agozzino, et al.*, C.A. No. 1:06-1343

        Northern District of Indiana

*Cintas Corp. v. James Atkins, et al.*, C.A. No. 2:06-85

        Southern District of Indiana

*Cintas Corp. v. Ryan Albright, et al.*, C.A. No. 1:06-401

        Southern District of Iowa

*Cintas Corp. v. Donald Allen Griffin, et al.*, C.A. No. 4:06-91

        District of Kansas

*Cintas Corp. v. Matthew L. Blackman, et al.*, C.A. No. 2:06-2091

        Eastern District of Kentucky

*Cintas Corp. v. Danny L. Brown, et al.*, C.A. No. 2:06-52

        Western District of Kentucky

*Cintas Corp. v. Jason Agostini, et al.*, C.A. No. 3:06-131

        Eastern District of Louisiana

*Cintas Corp. v. Jack Addison, et al.*, C.A. No. 2:06-1247

        Middle District of Louisiana

*Cintas Corp. v. Gustave Fontenot, Jr., et al.*, C.A. No. 3:06-188

-4-

## MDL-1781 Schedule A (Continued)

### Western District of Louisiana

*Cintas Corp. v. Ivan Edward Avery, et al.*, C.A. No. 6:06-391

### District of Maine

*Cintas Corp. v. Randall Bowles, et al.*, C.A. No. 2:06-55

### District of Maryland

*Cintas Corp. v. Joe Andrews, et al.*, C.A. No. 8:06-641

### District of Massachusetts

*Cintas Corp. v. Philip Daniel Blaisdell, et al.*, C.A. No. 1:06-10442

### Eastern District of Michigan

*Cintas Corp. v. Brandon Alioto, et al.*, C.A. No. 2:06-11043

### Western District of Michigan

*Cintas Corp. v. Travis M. Ault, et al.*, C.A. No. 1:06-180

### District of Minnesota

*Cintas Corp. v. John Callahan, et al.*, C.A. No. 0:06-1012

### Southern District of Mississippi

*Cintas Corp. v. Gregory Cole Bigbee, et al.*, C.A. No. 3:06-137

### Eastern District of Missouri

*Cintas Corp. v. Relton Barnes, et al.*, C.A. No. 4:06-450

### Western District of Missouri

*Cintas Corp. v. Randall Adams, et al.*, C.A. No. 4:06-208

**MDL-1781 Schedule A (Continued)**

      District of Nebraska

*Cintas Corp. v. Jeffrey Anderson, et al.*, C.A. No. 8:06-262

      District of Nevada

*Cintas Corp. v. Anthony Dean Hamby, et al.*, C.A. No. 2:06-300

      District of New Jersey

*Cintas Corp. v. Joseph Allen, et al.*, C.A. No. 2:06-1164

      District of New Mexico

*Cintas Corp. v. Tony L. Bostick, et al.*, C.A. No. 1:06-185

      Eastern District of New York

*Cintas Corp. v. Troy Amott, et al.*, C.A. No. 1:06-1105

      Northern District of New York

*Cintas Corp. v. Hugh J. Kingsley, et al.*, C.A. No. 5:06-311

      Southern District of New York

*Cintas Corp. v. Louis Alves, et al.*, C.A. No. 1:06-1933

      Western District of New York

*Cintas Corp. v. Robert F. Bowles, Jr., et al.*, C.A. No. 6:06-6147

      Eastern District of North Carolina

*Cintas Corp. v. Matthew Anderson, et al.*, C.A. No. 5:06-113

**MDL-1781 Schedule A (Continued)**

<u>Middle District of North Carolina</u>

*Cintas Corp. v. Gus Aranegui, et al.*, C.A. No. 1:06-225

<u>Western District of North Carolina</u>

*Cintas Corp. v. Jonathan Allred, et al.*, C.A. No. 3:06-114

<u>Northern District of Ohio</u>

*Cintas Corp. v. Bradley Agler, et al.*, C.A. No. 3:06-7083

<u>Southern District of Ohio</u>

*Cintas Corp. v. Donald Adkins, et al.*, C.A. No. 1:06-126

<u>Eastern District of Oklahoma</u>

*Cintas Corp. v. Robert Hall, et al.*, C.A. No. 6:06-97

<u>Northern District of Oklahoma</u>

*Cintas Corp. v. Brent Berna, et al.*, C.A. No. 4:06-148

<u>Western District of Oklahoma</u>

*Cintas Corp. v. Raymond Mac Harris, Jr., et al.*, C.A. No. 5:06-247

<u>District of Oregon</u>

*Cintas Corp. v. Dennis Bassett, et al.*, C.A. No. 6:06-335

<u>Eastern District of Pennsylvania</u>

*Cintas Corp v. Kenneth W. Baptist, et al.*, C.A. No. 2:06-1053

**MDL-1781 Schedule A (Continued)**

        Middle District of Pennsylvania

*Cintas Corp. v. Brian Ash, et al.*, C.A. No. 3:06-517

        Western District of Pennsylvania

*Cintas Corp. v. Christopher Derenzo, et al.*, C.A. No. 2:06-324

        District of Rhode Island

*Cintas Corp. v. Joseph E. Edwards, et al.*, C.A. No. 1:06-112

        District of South Carolina

*Cintas Corp. v. Thomas Eugene Alert, et al.*, C.A. No. 3:06-762

        Eastern District of Texas

*Cintas Corp. v. Stephen Barlow, et al.*, C.A. No. 1:06-137

        Northern District of Texas

*Cintas Corp. v. Bryan Armstrong, et al.*, C.A. No. 3:06-432

        Southern District of Texas

*Cintas Corp. v. Judd Allen, et al.*, C.A. No. 4:06-824

        Western District of Texas

*Cintas Corp. v. Issac Anaya, et al.*, C.A. No. 5:06-216

        District of Utah

*Cintas Corp. v. Wade Bell, et al.*, C.A. No. 2:06-205

-8-

**MDL-1781 Schedule A  (Continued)**

<ins>Eastern District of Virginia</ins>

*Cintas Corp. v. John O. Ansink, Jr., et al.*, C.A. No. 1:06-267

<ins>Western District of Virginia</ins>

*Cintas Corp. v. Nelson Carter, Jr.*, C.A. No. 5:06-23

<ins>Eastern District of Washington</ins>

*Cintas Corp. v. Scott Burgess, et al.*, C.A. No. 2:06-3023

<ins>Western District of Washington</ins>

*Cintas Corp. v. Michael Anderson, et al.*, C.A. No. 2:06-332

<ins>Eastern District of Wisconsin</ins>

*Cintas Corp. v. Nathan J. Andree, et al.*, C.A. No. 2:06-303

<ins>Western District of Wisconsin</ins>

*Cintas Corp. v. Chris Brown, et al.*, C.A. No. 3:06-133