| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Kelly Collin_  C. Date of Delivery _9-1-6_ |
| 1. Article Addressed to:<br><br>Keely Kirkpatrick<br>United States District Court<br>Northern District of California<br>1301 Clay Street, Suite 400 South<br>Oakland, CA 94612-5212<br><br>2:06 CV 227 Transfer Case | D. Is delivery address different from item 1?  ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 6128 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540